AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| KARMA NUTS, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    3:26-cv-2502 LJC |
| KARMA SPICES AND TRADING COMPANY, INC., and VINITA PAREKH, individually and doing business as KARMA WELLNESS KITCHEN | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Vinita Parekh, individually and doing business as Karma Wellness Kitchen
30815 Country Ridge Circle
Farmington Hills, MI  48331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul W. Reidl
Joy L. Durand
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, CA  94559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date:    3/25/2026

*Signature of Clerk or Deputy Clerk*